## STATE OF CONNECTICUT *v.* KYLE COLLINS

The defendant's petition for certification for appeal from the Appellate Court, 124 Conn. App. 249 (AC 30127), is denied.

*Deborah G. Stevenson*, special public defender, in support of the petition.

*Timothy J. Sugrue*, senior assistant state's attorney, in opposition.

Decided November 4, 2010